# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **ROBERTO BERAS** | **CIVIL ACTION NO. 17-0457** |
| | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CARVIN JOHNSON a/k/a IRVIN JOHNSON** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the entire record, including the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Roberto Beras' Petition for Writ of *Habeas Corpus*, pursuant to 28 U.S.C. § 2241, is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

MONROE, LOUISIANA, this 21st day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE